March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Daquan Daniels

                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21-CR-MAG3612 (__)(__)

Defendant __Daquan Daniels__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_[signature: Daquan Daniels /DR]_        _[signature: David D. Ruhnke]_

Defendant's Signature                             Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Daquan Daniels / DR**             **David A. Ruhnke**

Print Defendant's Name _by counsel with permission_      Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_[signature: Stewart D. Aaron]_

**4/8/2021**

Date                                                         U.S. Magistrate Judge